# EXHIBIT D

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO.   23 ESE 136                    EEOC NO. 523-2022-02147

In the matter of

Alison McDaniel
    Complainant

v.                                         **NOTICE OF RIGHT TO SUE**

The Preserve Sporting Club
    Respondent

This NOTICE OF RIGHT TO SUE is issued to the above-cited complainant pursuant to Section 28-5-24.1(a) of the General Laws of Rhode Island because more than one hundred and twenty (120) days and less than two (2) years have elapsed since the charge was filed, the Commission is unable to secure a settlement or conciliation agreement, the Commission has not commenced hearings on a complaint and the complainant has requested a Right To Sue. With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating any further processing of this charge.

In the event that the above-cited matter includes allegations against individually-named employees of a respondent employer under the Rhode Island Fair Employment Practices Act, please note that recent Rhode Island Supreme Court decision in Mancini v. City of Providence, 155 A.3d 159 (RI 2017), held that employees of a respondent employer are not individually liable under the Act. Please consult the decision and/or an attorney to determine how the decision affects this case. The decision also may be found at: https://www.courts.ri.gov/Courts/SupremeCourt/SupremeOpinions/14-88.pdf

This NOTICE OF RIGHT TO SUE is issued at the complainant's request. If the complainant intends to sue, S/HE MUST DO SO WITHIN NINETY (90) DAYS FROM THE DATE OF THIS NOTICE: OTHERWISE THE RIGHT TO SUE IS LOST.

On Behalf of the Commission

4/24/2023
Date

Michael D. Évora
Executive Director

## CERTIFICATION

I CERTIFY THAT on April 24, 2023, I sent out a **RIGHT TO SUE** regarding the case of Alison McDaniel vs. The Preserve Sporting Club RICHR NO. 23 ESE 136 to the following persons:

| | |
|---|---|
| Alison McDaniel<br>10578 High Hollows Drive Apt. 266<br>Dallas, TX 75230 | President<br>The Preserve Sporting Club<br>87 Kingstown Road<br>Wyoming, RI 02898 |
| Mark Gagliardi, Esq.<br>LAW OFFICE OF Mark Gagliardi, Esq.<br>THE HANLEY BUILDING<br>56 Pine Street, Suite 200<br>Providence, RI 02903 | |
| | |
| | *Lynn C. Cimaglia*<br>Lynn C. Cimaglia<br>Administrative Aide<br>April 24, 2023 |