# EXHIBIT E

006375

BANK RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

The Preserve at Boulder Hills
87 Kingstown Road
Wyoming, RI 02898

7-9-19

PAY TO THE
ORDER OF _ALISON McDaniel_ $ 2000.00

_Two Thousand and 00/100_ _____ DOLLARS

MEMO _Promo Services Model_

⑈006375⑈ ⑆011501682⑆ 2330⑈

Check: 6375 Amount: $2,000.00 Date: 7/16/2019
Run: 1000, Batch: 3, Seq: 4, Source: C21-Fed

Capital One, N.A. Richmond VA 065000090

46761FAB328072019071500007 4288146

Capital One, N.A. Richmond VA 065000090
>065000090<
CAPITAL ONE, NA
0069685654          07152019
RICHMOND, VA 077 21
Deposit          1362

Check: 6375 Amount: $2,000.00 Date: 7/16/2019
Run: 1000, Batch: 3, Seq: 4, Source: C21-Fed