# EXHIBIT F

**From:** Paul@thepreserveri.com <Paul@thepreserveri.com>
**Sent:** Sunday, November 24, 2019 10:30 PM
**To:** ali@alisonmcdaniel.com
**Cc:** nicole@thepreserveri.com
**Subject:** oppertunities

Hello, I view this as a work in progress. Only you know what the best opportunity for us is and the time you can commit.
We need
Corporate awareness in NY and sales for Preserve events/ retreats
Clays, golf, upland hunting, tower shoots, seal excursions, scavenger hunts, meeting etc.
We need a concierge to coordinate these events
We need creative and ad creation
We need creative and ad creation for oel
Instagram facebook and the building of oel to attract advertisers
We want to do a short episode outdoor program for oel with the preserve ion the back ground
We need better pictures of women shooting in the outdoors and could create the oel show and brand around that
I have the av outdoor brand that I have not done anything with he could co host with you.
We have the golf event that we need to coordinate and sell
Just to name a few items…
I am happy to give you a stipend / partnership/ percentage split whatever we can do to make this happen as much or as little as you can handle

Saturday it would be great and I will try as well to get a few women I will get a videographer to do a women's shoot with instruction at the 10 stand your guy can shoot still unless he does video as well and I could get drew this we can discuss tomorrow.

We can discuss other shots in the shop and range as well.
In the end I know it will be great and I thank you for your help I do appreciate it…

Kind thanks Paul



Kind regards,
Paul Mihailides
The Preserve at Boulder Hills



87 Kingstown Road
Wyoming, RI 02898
401.539.4653

*Notice of Confidentiality:* The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender immediately by return electronic transmission and then immediately delete this transmission, including all attachments, without copying, distributing or disclosing same.