# EXHIBIT G

| | |
|---|---|
| **The Preserve at Boulder Hills**<br>87 Kingstown Road<br>Wyoming, RI 02898 | **BANK RI**<br>1200 South County Trail<br>East Greenwich, RI 02818<br>57-168/115 |

006720

12/8/19

PAY TO THE ORDER OF: ALI MCDANIEL AGENCY    $ 6000.00

Six Thousand and — no — DOLLARS

MEMO: CONSULTING

⑆006720⑆ ⑈011501682⑈ 2330⑆

Check: 6720 Amount: $6,000.00 Date: 12/10/2019
Run: 1000, Batch: 2, Seq: 549, Source: C21-Fed

Capital One, N.A. Richmond VA 065000090

46761WE95402201912090000074969253

>065000090<
CAPITAL ONE, NA
0070780634         12092019
RICHMOND, VA 083 21
Deposit         1362

Ali McDaniel

Check: 6720 Amount: $6,000.00 Date: 12/10/2019
Run: 1000, Batch: 2, Seq: 549, Source: C21-Fed