# EXHIBIT H

| | |
|---|---|
| The Preserve at Boulder Hills<br>87 Kingstown Road<br>Wyoming, RI 02898 | BANK RI<br>1269 South County Trail<br>East Greenwich, RI 02818<br>67-168/115 |

006772

1/16/2020

PAY TO THE ORDER OF: ALISON MCDANIELS AGENCY   $ **7,457.00

Seven Thousand Four Hundred Fifty-Seven and 00/100************************************************************ DOLLARS

ALISON MCDANIELS AGENCY

MEMO: JANUARY / DALLAS SAFARI CLUB

⑈006772⑈ ⑇011501682⑇ 2330⑈

Check: 6772 Amount: $7,457.00 Date: 1/21/2020
Run: 1001, Batch: 2, Seq: 439, Source: C21-Fed

Capital One, N.A. Richmond VA 065000090

46761IWE9540222020011700077304629

Capital One, N.A. Richmond VA 065000090 46761 065000090 000077304629

CAPITAL ONE, NA
0026453486        01172020
RICHMOND, VA 024 21
  Deposit              1362

Alison McDaniel 1362

Check: 6772 Amount: $7,457.00 Date: 1/21/2020
Run: 1001, Batch: 2, Seq: 439, Source: C21-Fed