# EXHIBIT I



Check: 6868 Amount: $6,430.00 Date: 3/3/2020
Run: 1000, Batch: 1, Seq: 58, Source: C21-Fed