# EXHIBIT J

# BANKRI

BANKRHODEISLAND.COM
P.O. Box 9488
Providence, RI 02940-9488

Date 4/30/20
Primary Account ▮2330
Enclosures 47

## BUSINESS PREMIUM CHECKING

▮2330 (Continued)

### Activity in Date Order

| Date | Description | Amount |
|---|---|---|
| 4/07 | Domestic outgoing wire<br>ALISON MCDANIEL<br>111901014<br>▮1362<br>10026 REGAL PARK LN 232<br>DALLAS TX 75230<br>CAPITAL ONE NA<br>TEXARKANA TX<br>PURPOSE: PAY INVOICE<br>20200407A1B7AC1C000047<br>20200407MMQFMPGH002285<br>04071325FT03 | 6,000.00- |
| 4/07 | Wire Transfer Fee | 28.00- |