# EXHIBIT K

# BANKRI

BANKRHODEISLAND.COM
PO Box 9488
Providence, RI 02940-9488

## BUSINESS PREMIUM CHECKING

█2330 (Continued)

### Activity in Date Order

| Date | Description | Amount |
|------|-------------|--------|
| 5/29 | Domestic Outgoing Wire<br>ALISON MCDANIEL<br>111901014<br>█1362<br>10026 REGAL PARK LN 232<br>DALLAS TX 75230<br>CAPITAL ONE NA<br>TEXARKANA TX<br>PAY INVOICE<br>20200529A1B7AC1C000154<br>20200529MMQFMPGH005288<br>05291522FT03 | 3,000.00- |
| 5/29 | Wire Transfer Fee | 28.00- |