# EXHIBIT L

**Check front:**

The Preserve at Boulder Hills
87 Kingstown Road
Wyoming, RI 02898

BANK RI
1200 South County Trail
East Greenwich, RI 02818
67-168/115

007111

7/13/20

ALI MCDANIEL AGENCY    $ 1500.00

~e Thousand Five Hundred and 00/100 ~~ DOLLARS

ONSULTING

[signature]

⑆007111⑆ ⑈011501682⑈    2330

Check: 7111 Amount: $1,500.00 Date: 7/28/2020
Run: 1000, Batch: 3, Seq: 72, Source: C21-Fed

**Check back:**

'>021407912<
CAPITAL ONE, NA
0072929122        07272020
RICHMOND, VA 319 21
RDC    Deposit         1362

[endorsement signature: Alan McDaniel]

Check: 7111 Amount: $1,500.00 Date: 7/28/2020
Run: 1000, Batch: 3, Seq: 72, Source: C21-Fed