# EXHIBIT M

| | | 007145 |
|---|---|---|
| **The Preserve at Boulder Hills**<br>87 Kingstown Road<br>Wyoming, RI 02898 | BANK RI<br>1200 South County Trail<br>East Greenwich, RI 02818<br>57-108/115 | |
| | | 8/3/2020 |

PAY TO THE ORDER OF: ALISON MCDANIELS AGENCY     $ **4,350.00

Four Thousand Three Hundred Fifty and 00/100************************************************** DOLLARS

ALISON MCDANIELS AGENCY

MEMO _____     _signature_

⑆007145⑆ ⑈011501682⑈         2330⑆

Check: 7145 Amount: $4,350.00 Date: 8/11/2020
Run: 1000, Batch: 6, Seq: 410, Source: C21-Fed

>021407912<
CAPITAL ONE, NA
0086279638    08102020
RICHMOND, VA 337 21
RDC  Deposit          1362

_Alison McDaniel (endorsement)_

CHECK BOX FOR MOBILE REMOTE DEPOSIT

Check: 7145 Amount: $4,350.00 Date: 8/11/2020
Run: 1000, Batch: 6, Seq: 410, Source: C21-Fed