# EXHIBIT N

**The Preserve at Boulder Hills**
87 Kingstown Rd.
Wyoming, RI 02898

Bank RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

**10177**

DATE: 12/21/2020

PAY ONLY **1,350** 00

$ 1,350.00

PAY One Thousand Three Hundred Fifty and 00/100 Dollars

TO THE ORDER OF ALISON MCDANIELS AGENCY

⑆010177⑆ ⑈011501682⑈ 2330⑆

Check: 10177 Amount: $1,350.00 Date: 12/29/2020
Run: 1000, Batch: 11, Seq: 116, Source: C21-Fed



>021407912<
CAPITAL ONE, NA
0076138654        12282020
RICHMOND, VA 472 21
360 RDC   Deposit              4813

x Alison McDaniels
For Deposit

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Check: 10177 Amount: $1,350.00 Date: 12/29/2020
Run: 1000, Batch: 11, Seq: 116, Source: C21-Fed