# EXHIBIT O

| | VOID | CORRECTED | | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | OMB No. 1545-0116 | **Nonemployee Compensation** |
| The Preserve at Boulder Hills, LLC<br>2091 Nooseneck Hill Road<br>Coventry, RI 02816 | | | 2020<br>Form **1099-NEC** | |
| | | | **1** Nonemployee compensation<br>$ 30087.00 | **Copy C**<br>**For Payer** |
| PAYER'S TIN | RECIPIENT'S TIN | | **2** | |
| | | | **3** | For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.** |
| RECIPIENT'S name, address, ZIP/postal code & country | | | **4** Federal income tax withheld<br>$ | |
| ALISON MCDANIELS AGENCY<br>10026 REGAL PARK LANE #232<br>DALLAS TX 75230 | | | | |
| | | FATCA filing requirement | | |
| Account number (see instructions) | | 2nd TIN not. | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**          Department of the Treasury - Internal Revenue Service