# EXHIBIT P



**The Preserve at Boulder Hills**
87 Kingstown Road
Wyoming, RI 02898

BANK RI
1260 South County Trail
East Greenwich, RI 02818
57-168/115

007252

2/14/21

PAY TO THE ORDER OF ALISON MCDANIELS AGENCY    $ 1500.00

One Thousand Five Hundred and ⁰⁰/₁₀₀ DOLLARS

MEMO

⑈007252⑈ ⑆011501682⑆ 2330⑈

Check: 7252 Amount: $1,500.00 Date: 2/17/2021
Run: 1000, Batch: 1, Seq: 92, Source: C21-Fed

>021407912<
CAPITAL ONE, NA
0038332570   02162021
RICHMOND, VA 340 21
360 RDC   Deposit   4813

Endorsement: Alison McDaniel

Check: 7252 Amount: $1,500.00 Date: 2/17/2021
Run: 1000, Batch: 1, Seq: 92, Source: C21-Fed