# EXHIBIT Q

The Preserve at Boulder Hills
87 Kingstown Rd.
Wyoming, RI 02898

Bank RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

**10384**

DATE: 3/29/2021

PAY ONLY **2,000** 00 CENTS

$ 2,000.00

PAY Two Thousand and 00/100 Dollars

TO THE ORDER OF
ALISON MCDANIELS AGENCY
10026 REGAL PARK LANE
#232
DALLAS, TX 75230

⑈010384⑈ ⑆011501682⑆ 2330⑈

Check: 10384 Amount: $2,000.00 Date: 4/5/2021
Run: 1001, Batch: 1, Seq: 391, Source: C21-Fed



>021407912<
CAPITAL ONE, NA
0002562378        04022021
RICHMOND, VA 057 21
360 PDC   Deposit        4813

Check: 10384 Amount: $2,000.00 Date: 4/5/2021
Run: 1001, Batch: 1, Seq: 391, Source: C21-Fed