# EXHIBIT R



Check: 10393 Amount: $1,200.00 Date: 4/6/2021
Run: 1000, Batch: 1, Seq: 507, Source: C21-Fed