# EXHIBIT S

**The Preserve at Boulder Hills**
87 Kingstown Rd.
Wyoming, RI 02898

Bank RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

**10433**

DATE: 5/12/2021

PAY ONLY $5,500

$ 5,500.00

PAY Five Thousand Five Hundred and 00/100 Dollars

TO THE ORDER OF
ALISON MCDANIELS AGENCY
10026 REGAL PARK LANE
#232
DALLAS, TX 75230

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈010433⑈ ⑆011501682⑆ 2330⑈

Check: 10433 Amount: $5,500.00 Date: 6/23/2021
Run: 1000, Batch: 6, Seq: 254, Source: C21-Fed



Capital One, N.A. Richmond VA 065000090

4 1904IGJ9920222021062200007661961 3

>065000090<
CAPITAL ONE, NA
0043727938        06222021
RICHMOND, VA 036 21
360    Deposit              4813

ENDORSE CHECK HERE
X Alison McDaniels Agency
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Check: 10433 Amount: $5,500.00 Date: 6/23/2021
Run: 1000, Batch: 6, Seq: 254, Source: C21-Fed