# EXHIBIT T



Check: 10452 Amount: $2,150.00 Date: 6/29/2021
Run: 1000, Batch: 1, Seq: 68, Source: C21-Fed