# EXHIBIT U

**MTM Development**
87A Kingstown RD
Wyoming RI 02898

BankRI
57-168/115

50568

DATE: 8/10/2021

PAY ONLY 4,247 00

$ 4,247.00

PAY  Four Thousand Two Hundred Forty-Seven and 00/100 Dollars

TO THE ORDER OF  ALLISON MCDANIELS

Pail Redin

MEMO: REIMBURSEMENT AND PAY

⑂ SECURITY FEATURES INCLUDED. DETAILS ON BACK ⑂

⑈050568⑈ ⑉011501682⑉          082⑉⑈

Back Image

>021407912<
CAPITAL ONE, NA
0073736034      08252021
RICHMOND, VA 055 21
360 RDC   Deposit          4813

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

x Allison McDaniel