# EXHIBIT V

Image # 792411311000230

Front Image



MTM DEVELOPMENT
87 KINGSTOWN ROAD
WYOMING, RI 02898

BANK RI
1269 SOUTH COUNTY TRAIL
EAST GREENWICH RI 02818
57-168/115

50605

DATE: 8/24/2021

PAY ONLY 3,000 00 CENTS

$ 3,000.00

PAY  Three Thousand and 00/100 Dollars

TO THE ORDER OF  ALLISON MCDANIELS

⑆050605⑆ ⑈011501682⑈ 0827⑆

Back Image

>021407912<
CAPITAL ONE, NA
0064266718          090921
RICHMOND, VA 004 21
360 RDC   Deposit         4813

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

1/5/2023 10:34 AM

Page 1