# EXHIBIT W

Front Image

**The Preserve at Boulder Hills**
87 Kingstown Rd.
Wyoming, RI 02898

Bank RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

**10641**

Printed-WaUser-Dent 09/27/21 02:32:12 pm

DATE: 9/27/2021

PAY ONLY **1,500** 00 CENTS

$ 1,500.00

PAY One Thousand Five Hundred and 00/100 Dollars

TO THE ORDER OF:
ALISON MCDANIEL
10578 HIGH HOLLOWS DRIVE #266
DALLAS TX 75230

MEMO: Consulting

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆010641⑆ ⑈011501682⑈ 2330⑉

Back Image

Capital One, N.A. Richmond VA 065000090

46761DQZ9680520211007000071841568

Richmond VA 065000090  4676 ▶065000090◀ 007000071841568
CAPITAL ONE, NA
0071661338    10072021
RICHMOND, VA 033 21
360  Deposit    4813

ENDORSE CHECK HERE
X Alison McDaniel 4813
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT