# EXHIBIT X



**The Preserve at Boulder Hills**
87 Kingstown Road
Wyoming, RI 02898

007236

BANK RI
1000 South County Trail
East Greenwich, RI 02818
57-108/115

Date: 12-18-21

Pay to the order of: Ali Mcdaniel Agency — $12,350.00

Twelve Thousand Three hundred Fifty 00/100 DOLLARS

Memo: Influencer, Modeling, Advertising Coordination Mgt.

⑈007236⑈ ⑆011501168 2⑆ 2330⑈