# EXHIBIT Y



The Preserve at Boulder Hills
87 Kingstown Road
Wyoming, RI 02898

BANK RI
1269 South County Trail
East Greenwich, RI 02818
57-168/115

007236

12-18-21

PAY TO THE
ORDER OF ___ Ali Mcdaniel ___ ___ $ 12,350.00

Twelve Thousand Three Hundred Fifty and ___ Too ___ DOLLARS

MEMO ___ INFLUENCER, MODELING, ADVERTISING COORDINATION MGT.

⑈007236⑈ ⑆011501682⑆ ▇▇▇ 2330⑈

Check: 7236 Amount: $12,350.00 Date: 12/21/2021
Run: 1000, Batch: 1, Seq: 72, Source: C21-Fed

>021407912<
CAPITAL ONE, NA
0054112122          12202021
RICHMOND, VA 197 24
360 RDC     Deposit ▇▇▇4813

Alien Mcdaniel

CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION IN BOX

Check: 7236 Amount: $12,350.00 Date: 12/21/2021
Run: 1000, Batch: 1, Seq: 72, Source: C21-Fed