# EXHIBIT Z

Expenses Sept/Oct

$ 2300
$ 350
$ 2650

Invoice editing —

James Thomas

$650

8 Holiday Hunt 8

JOIN US 8

Influencer weekend / Hobbit House / MY Rangers / Equestrian rider, ding, spa
Website video from OH, spa photos OH, B-Roll from OH / photos & videos around property
farm scene / first hunt

# Ali McDaniel Agency

INVOICE   10-19-2021

Mail To:

215 W 70th St

#1

New York, NY 10023

Preserve Sporting Club

Balance Due

**$11700.00**

Notes

| | | | |
|---|---|---|---|
| September/ October | | | $8,000 |
| Influencer Weekend/ Hobbit House/ NY Rangers/ Equestrian Video/ Dining and Spa filming/ Photos and Videos around property/ First Hunt | | | |
| Expenses Sept/ Oct/ Dec | | | $2700 |
| Dec Hunt | | | $1000 |
| | | | |
| | | Subtotal | $11700 |
| | | TOTAL | $11,700.00 |

PAID IN FULL THRU 12-18    + 650.00

# 7236   12350   12.18.21   ↗ 12,350.00

Like this template?

You'll love Cashboard Invoicing Software

# AVIS

**RENTAL AGREEMENT NUMBER: 772405126**

*We are proud to feature a 100% smoke-free fleet!*

## RECEIPT

### Your Information

Customer Name: ALISON MCDANIEL
Wizard Number: ***129
Avis Worldwide Discount: US PREFERRED AVIS.COM
Method of Payment: VISA XX9851

### Your Vehicle Information

Vehicle Number: 96866683
Vehicle Group Rented: Intermediate
Vehicle Group Charged: Subcompact
Vehicle Description: WHI KIA FORTE
License Plate Number: NJ N99NJR
Odometer Out: 10692
Odometer In: 10863
Total Driven: 181
Fuel Reading: Out 7/8| In8/8

### Your Rental

Pickup Date/Time: OCT 07,2021 @10:31PM
Pickup Location: 216 WEST 76TH STREET
AT WEST 76TH & BROADWAY
NEW YORK,NY,10023,US
212-595-0359

### Your Optional Products/Services

Return Date/Time: OCT 08,2021 @10:58PM
Return Location: 700 JEFFERSON BLVD
T F GREEN AIRPORT
WARWICK,RI,02886,US
401-736-7500

**PAI RATE $1/DAYAFTER 3RD DAY

**Optional Services Total:** 0.00

**Additional fees may apply
if charges are made
to your return date, time
and/or location.**

### Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 150.99/ MAX 28 DAY)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| | Your Discount: | | |
| Miles: UNLIMITED | Period: 150.99 = | | 150.99 |
| Hour/: 113.26 | Less 15.00% Discount = | | (-)22.65 |
| Adl day: 122.60 | | | |
| Period: 150.99 | | | |
| | **Time and Mileage:** | | 128.34 |

### Your Taxable Fees

Sub-total-Charges: 128.34
TAX 20.875%: 26.79

### Your Non-Taxable Products/Services

**Your Total Charges:** 155.13

# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER: 761484640**

**RECEIPT**

## Your Information

Customer Name: ALISON MCDANIEL
Customer Number: *#/189
Customer Status: PREFERRED/POINTS
Method of Payment: VISA XX6356

## Your Rental

Pickup Date/Time: OCT 10,2021 @10:45PM
Pickup Location: 700 JEFFERSON BLVD
T F GREEN AIRPORT
WARWICK,RI,02886,US
401-736-7500

## Your Vehicle Information

Vehicle Number: 92643434
Vehicle Group Rented: Compact
Vehicle Group Charged: Subcompact
Vehicle Description: GRY KIA SOUL
License Plate Number: NY,LLJ1515
Odometer Out: 99748
Odometer In: 99997
Total Driven: 249
Fuel Reading: Out 8/8| In8/8

Return Date/Time: OCT 12,2021 @5:57PM
Return Location: 216 WEST 76TH STREET
AT WEST 76TH & BROADWAY
NEW YORK,NY,10023,US
212-595-0358

## Your Vehicle Charges (MIN 1 DAY IF NOT DLY RT = 162.00/ MAX 28 DAY)

**Rate Chart:**

| | Free Miles: | Time and Mileage: |
|---|---|---|
| Miles: | UNLIMITED | |
| Hours: | 121.51 | |
| Adt day: | 129.83 | |
| Period: | 162.00 | |

**Time and Mileage:**

| | | |
|---|---|---|
| Your Discount: | | |
| 1 Adt Day @ 129.83 = | | 129.83 |
| Period @ 162.00 = | | 162.00 |
| Less 15.00% Discount = | | (-)43.77 |
| | | 248.06 |

## Your Optional Products/Services

Optional Services Total: 0.00

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Taxable Fees

| | |
|---|---|
| * IR 8% SURCHARGE | 24.32 |
| 11.11% Airport User Fee | 28.80 |
| CUSTOMER FACILITY CHG 6.00/D | 12.00 |
| AIRPORT CHARGE 1.00/DY | 2.00 |
| UTILITY CHARGE 1.00/DY | 2.00 |
| ENERGY RECOVERY FEE 6.60/DY | 10.00 |
| EXTENSION FEE 10.00 | 10.00 |

| | |
|---|---|
| Sub-total/Charges: | 329.28 |
| TAX 7.000%: | 22.98 |

## Your Non-Taxable Products/Services

## Your Total Charges: 351.26

# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER: 492439522**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | ALISON MCDANIEL |
| Wizard Number: | ***12S |
| Avis Worldwide Discount: | AMAZON BENEFITS |
| Customer Status: | PREFERRED |
| Method of Payment: | VISA XX6356 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 95923100 |
| Vehicle Group Rented: | Standard |
| Vehicle Group Charged: | Subcompact |
| Vehicle Description: | GRY VOLKSWAGEN JETTA |
| License Plate Number: | NCHHCG9725 |
| Odometer Out: | 11919 |
| Odometer In: | 12161 |
| Total Driven: | 242 |
| Fuel Reading: | Out 8/8| In8/8 |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | SEP 24,2021 @1:50PM |
| Pickup Location: | 153 WEST 54TH STREET |
| | MIDTOWN WEST 54TH |
| | NEW YORK,NY,10019,US |
| | 212-583-8470 |

| | |
|---|---|
| Return Date/Time: | SEP 27,2021 @12:23PM |
| Return Location: | 700 JEFFERSON BLVD |
| | T F GREEN AIRPORT |
| | WARWICK,RI,02886,US |
| | 401-736-7500 |

Additional fees may apply if changes are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 150.99 / MAX 28 DAY)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 113.25 | | Period @ 452.97 = | 452.97 |
| Ad'l day: 122.60 | | | |
| Period: 452.97 | | Time and Mileage: | 346.52 |

## Your Optional Products/Services

**PAI RATE $1/DAYAFTER 3RD DAY

| Optional Services Total: | 0.00 |
|---|---|

## Your Taxable Fees

| | |
|---|---|
| Sub-total-Charges: | 346.52 |
| TAX 20.875% | 72.34 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| Your Total Charges: | 418.86 |
| Prepay:Voucher | (-)418.86 |

| | |
|---|---|
| Net Charges: | USD .00 |
| Your Total Due: | 0.00 |

Thank you for renting with Avis.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.
THANK YOU FOR BEING A LOYAL AVIS CUSTOMER. PLEASE VISIT AVIS.COM FOR YOUR MOST RECENT POINT BALANCE. PLEASE ALLOW 72 HOURS FOR POINTS EARNINGS TO POST TO YOUR ACCOUNT.

Your vehicle was rented to you by DONNA.        Your vehicle was checked in by JENNIFER.

# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER: 761474630**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | ALISON MCDANIEL |
| Wizard Number: | ****12S |
| Avis Worldwide Discount: | AMAZON BENEFITS |
| Customer Status: | PREFERRED |
| Method of Payment: | VISA XX6356 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 96284263 |
| Vehicle Group Rented: | Standard SUV-5 Pass |
| Vehicle Group Charged: | Intermediate |
| Vehicle Description: | GRY KIA SORENTO FWD 7 PASS |
| License Plate Number: | VAUKE4024 |
| Odometer Out: | 13423 |
| Odometer In: | 13613 |
| Total Driven: | 190 |
| Fuel Reading: | Out 15.6 Gal| In17.7 Gal |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | SEP 27,2021 @ 12:45PM |
| Pickup Location: | 700 JEFFERSON BLVD T F GREEN AIRPORT WARWICK,RI,02886,US 401-736-7500 |
| Return Date/Time: | SEP 30,2021 @ 7:20PM |
| Return Location: | 700 JEFFERSON BLVD T F GREEN AIRPORT WARWICK,RI,02886,US 401-736-7500 |

Additional fees may apply if changes are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 26 HRS IF NOT MET DLY RT = 71.99 / MAX 51 HRS)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 54.00 | | 2 Ad'l Day @ 71.99 = | 143.98 |
| Ad'l day: 71.99 | | Period @ 143.98 = | 143.98 |
| Period: 143.98 | | | |
| | | Time and Mileage: | 233.24 |

## Your Optional Products/Services

Fuel Service = (15.6 Gal Out - 17.7 Gal In)   3.150/GAL

Optional Services Total:   0.00

## Your Taxable Fees

| | |
|---|---|
| * RI 8% SURCHARGE | 26.16 |
| 11.11% Airport User Fee | 29.51 |
| CUSTOMER FACILITY CHG 6.00/D | 24.00 |
| AIRPORT CHARGE 0.95/DY | 3.80 |
| UTILITY CHARGE 1.00/DY | 4.00 |
| ENERGY RECOVERY FEE 0.60/DY | 2.40 |
| LATE FEE 30.00/DY | 30.00 |
| **Sub-total-Charges:** | 353.11 |
| TAX 7.000% | 24.72 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| **Your Total Charges:** | 377.83 |
| **On The Road Expenses** | (-)6.62 |
| **Prepay:Voucher** | (-)169.65 |

| | |
|---|---|
| **Net Charges:** | **USD 201.56** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Avis.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.
THANK YOU FOR BEING A LOYAL AVIS CUSTOMER. PLEASE VISIT AVIS.COM FOR YOUR MOST RECENT POINT BALANCE. PLEASE ALLOW 72 HOURS FOR POINTS
EARNINGS TO POST TO YOUR ACCOUNT.

Your vehicle was rented to you by HEATHER.        Your vehicle was checked in by ANDREW.



# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER:** 761477710

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | ALISON MCDANIEL |
| Wizard Number: | ***12S |
| Avis Worldwide Discount: | AMAZON BENEFITS |
| Customer Status: | PREFERRED/POINTS |
| Method of Payment: | VISA XX6356 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 96147914 |
| Vehicle Group Rented: | Intermediate |
| Vehicle Group Charged: | Intermediate |
| Vehicle Description: | SIL KIA FORTE |
| License Plate Number: | DE730381 |
| Odometer Out: | 12703 |
| Odometer In: | 13290 |
| Total Driven: | 587 |
| Fuel Reading: | Out 8/8| In/8 |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | SEP 30,2021 @7:31PM |
| Pickup Location: | 700 JEFFERSON BLVD |
| | T F GREEN AIRPORT |
| | WARWICK,RI,02886,US |
| | 401-736-7500 |

| | |
|---|---|
| Return Date/Time: | OCT 04,2021 @7:08PM |
| Return Location: | 216 WEST 76TH STREET |
| | AT WEST 76TH & BROADWAY |
| | NEW YORK,NY,10023,US |
| | 212-595-0358 |

Additional fees may apply if changes are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 107.00 / MAX 28 DAY)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 100.26 | | Period @ 428.00 = | 428.00 |
| Ad'l day: 133.67 | | | |
| Period: 428.00 | | Time and Mileage: | 327.42 |

## Your Optional Products/Services

| | |
|---|---|
| Optional Services Total: | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| * RI 8% SURCHARGE | 31.86 |
| 11.11% Airport User Fee | 36.84 |
| CUSTOMER FACILITY CHG 6.00/D | 24.00 |
| AIRPORT CHARGE 0.95/DY | 3.80 |
| UTILITY CHARGE 1.00/DY | 4.00 |
| ENERGY RECOVERY FEE 0.60/DY | 2.40 |
| | |
| Sub-total-Charges: | 430.12 |
| TAX 7.000% | 30.11 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| **Your Total Charges:** | 460.23 |
| **Prepay:Voucher** | (-)460.23 |

| | |
|---|---|
| **Net Charges:** | USD .00 |
| **Your Total Due:** | 0.00 |

Thank you for renting with Avis.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.
THANK YOU FOR BEING A LOYAL AVIS CUSTOMER. PLEASE VISIT AVIS.COM FOR YOUR MOST RECENT POINT BALANCE. PLEASE ALLOW 72 HOURS FOR POINTS
EARNINGS TO POST TO YOUR ACCOUNT.

Your vehicle was rented to you by NICK.        Your vehicle was checked in by 78244.



# AVIS

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER:  772389435**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | ALISON MCDANIEL |
| Wizard Number: | ***12S |
| Avis Worldwide Discount: | US PREFERRED AVIS.COM |
| Customer Status: | PREFERRED |
| Method of Payment: | VISA XX3661 |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 94747586 |
| Vehicle Group Rented: | Intermediate |
| Vehicle Group Charged: | Intermediate |
| Vehicle Description: | WHI TOYOTA COROLLA 4 DR |
| License Plate Number: | OHHZW5027 |
| Odometer Out: | 37689 |
| Odometer In: | 38142 |
| Total Driven: | 453 |
| Fuel Reading: | Out 6/8| In7/8 |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | SEP 13,2021 @3:58PM |
| Pickup Location: | 216 WEST 76TH STREET |
| | AT WEST 76TH & BROADWAY |
| | NEW YORK,NY,10023,US |
| | 212-595-0358 |

| | |
|---|---|
| Return Date/Time: | SEP 17,2021 @9:08AM |
| Return Location: | 216 WEST 76TH STREET |
| | AT WEST 76TH & BROADWAY |
| | NEW YORK,NY,10023,US |
| | 212-595-0358 |

Additional fees may apply if changes are made to your return date, time and/or location.

## Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 80.99 / MAX 98 HRS)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 60.75 | | Period  @ 323.96 = | 323.96 |
| Ad'l day: 80.99 | | Less 10.00% Discount = | (-)32.40 |
| Period: 323.96 | | | |
| | | Time and Mileage: | 291.56 |

## Your Optional Products/Services

**PAI RATE $1/DAYAFTER 3RD DAY

| | |
|---|---|
| Optional Services Total: | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| Sub-total-Charges: | 291.56 |
| TAX 20.875% | 60.86 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| **Your Total Charges:** | 352.42 |
| Prepay:Voucher | (-)317.18 |

| | |
|---|---|
| **Net Charges:** | USD 35.24 |
| **Your Total Due:** | 0.00 |

Thank you for renting with Avis.
For all other inquiries, please contact us at 1-800-352-7900 or www.Avis.com.
At Avis, we are committed to providing you with the best rental experience in the industry. We are in the business of treating people like people.
THANK YOU FOR BEING A LOYAL AVIS CUSTOMER. PLEASE VISIT AVIS.COM FOR YOUR MOST RECENT POINT BALANCE. PLEASE ALLOW 72 HOURS FOR POINTS
EARNINGS TO POST TO YOUR ACCOUNT.

Your vehicle was rented to you by THERESA.        Your vehicle was checked in by 78244.

# Here is your Michaels Receipt!




## Michaels

SHOP | COUPONS | WEEKLY AD

Thank you for shopping at Michaels. The eReceipt you requested is below.

```
        MICHAELS STORE #8719   (401)828-1400

            1500 BALD HILL RD., UNIT C
                 WARWICK, RI 02886
            Rewards Number: LMR90270969000

  8-9065-4485-6099-5401-9188-9110-1573-3735

   4042903    SALE    1877 8719 002  9/16/21  13:43
                      ITEM INFORMATION
ASH GRLND CH MPL    195158455267    14.99
                        1 @ 6.99            6.99 P
ASH GRLND CH VELV   195158455397    14.99
                        2 @ 6.99           13.98 P
ASH GRLND CH MPL    195158455403    14.99
                        4 @ 6.99           27.96 P
ASH BUSH MAPLE OR   195158464009    11.99
                        2 @ 7.19           14.38 P
ASH BUSH MAPLE LV   195158463965     9.99
                        1 @ 5.99            5.99 P
ASH BUSH MAPLE SN   195158475685     4.99
                        1 @ 2.99            2.99 P
ASH BUSH MAPLE SH   195158475746     4.99
                        2 @ 2.99            5.98 P
TWZZLRS CHR         34000544233 1 @ 2.49    2.49 N
                     YOU SAVED $   75.60
                    PURCHASE SUMMARY
                 SUBTOTAL          80.76
            Sales Tax 7%            5.65
                 TOTAL             86.41

ACCOUNT NUMBER         ***********3661
     Visa                          86.41
APPROVAL: 07496C CHIP ONLINE
Application Label: VISA CREDIT
AID: A0000000031010
TVR: 0980008000
TSI: E800

     This receipt expires at 60 days on 11/14/21
     Previous Michaels Rewards Balance: $0.0
                9/16/21  13:43
```

    

SHOP | PROJECTS | CLASSES | CUSTOM FRAMING | GIFT CARDS | REWARDS

| ART SUPPLIES > | BAKING & PARTY > | BEADS & JEWELRY > |
| CRAFTS & HOBBIES > | FLORAL & DÉCOR > | FRAMES > |
| KIDS > | KNITTING & CROCHET > | PAPERCRAFT > |

   

# Innovate Media Consulting, LLC

30 West 88th, 2A, New York, NY 10024
james@innovatemediaus.com
917-684-7420



# INVOICE #118

**BILL TO**

Preserve Sporting Club

Video Edits

**Invoice Date:** 9/21/21
**Due Date:** 10/5/21

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Editing | 13 | 50 | 650.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 650.00 |
| DISCOUNT | 0.00 |
| SUBTOTAL LESS DISCOUNT | 650.00 |
| TAX RATE | 0.08875 |
| TOTAL TAX | 0.00 |
| SHIPPING/HANDLING | 0.00 |
| **Balance Due** | **$  650.00** |

**Terms & Instructions**

Payment accepted via check, Venmo or Paypal

Payment is due within 15 days

Receipts available upon request

## Ocean State JOB LOT®

OCEAN STATE JOB LOT #116
A LOT MORE FOR A LOT LESS
RT. 138/STILLSON ROAD
WYOMING, RI 02898
401-539-0220

Sale
Store#:116    Trans#:7283    Reg#:1
Cashier:65083    V6.47.3

1C/2/2021 12:24:14 PM

| 0240601 | CANDLE FLAMELESS L | 10.00 |
| 0237905 | JDG TR 7OZ LOWIND | 3.99 |
| 0240601 | CANDLE FLAMELESS L | 10.00 |
| 0212710 | SOCK M CR VANNUCCI | 2.00N |
| 0212710 | SOCK M CR VANNUCCI | 2.00N |
| 0183830 | THROW 50X60-70 ROR | 10.00S |
| 0183830 | THROW 50X60-70 ROR | 10.00S |
| 0157471 | COMMAND HOOK WIRE | 2.99 |
| 0157471 | COMMAND HOOK WIRE | 2.99 |
| 0157471 | COMMAND HOOK WIRE | 2.99 |
| 0031272 | BATTERY PAN ALK AA | 1.99 |
| 0031272 | BATTERY PAN ALK AA | 1.99 |
| 0230031 | BATTERY KODAK 30CT | 9.99 |
| 0251818 | 8IN FALL DECOR | 2.99 |
| 0251818 | 8IN FALL DECOR | 2.99 |
| 0251818 | 8IN FALL DECOR | 2.99 |
| 0236507 | 9INCH GRDEN PLANT | 6.74 |
| 0236507 | 9INCH GRDEN PLANT | 6.74 |
| 0191192 | 4 INCH ANNUALS / T | 2.24N |
| 0191192 | 4 INCH ANNUALS / T | 2.24N |

UNITS    20

SUBTOTAL:              97.86
TAXES:7.00% on 89 38     6.26
TOTAL:                 104.12
Credit                 104.12

Card#: XXXXXXXXXXX3661
Card Entry Mode:Chip Read
Mode:ISSUER
Currency Code:USD
Merchant ID:3451 21206881
Terminal ID:5275385

---

## DICK'S SPORTING

WARWICK,RI
(401) 773-9008
10/11/21    11:10 AM
RECEIPT EXPIRES ON 01/09/22
S-01307 R-2    T-4052 A-0318389 SALE
Customer Copy

Your associate today is: Eric

| 737826120420 | YUKONBASEP/Y | 29.99 |
| 737826120420 | YUKONBASEP/Y | 29.99 |

ITEM TOTAL              59.98
SUBTOTAL                59.98
TAX                      4.20
**TOTAL              $64.18**

VISA                   $64.18
ACCOUNT #: ************3661
AUTH# 03173C
INSERTED
AID: A000000031010
TVR: 0080008000
IAD: 06010A03A0A004
TSI: E800
APPL:VISA CREDIT
ARC: 00
CHANGE DUE               0.00

*10130700240520101213*

*********************************
Get your ScoreCard today!
It's FREE! Earn one point for every
$1 of merchandise purchased.
300 points = $10 Reward
Visit MyScoreCardAccount.com for more
information.
*********************************
Join DICK'S Text Alerts!
Text WIN to 24001 to get recurring
autodialed mktg msgs at # used at
opt-in. Msg&data rates apply. Consent
is not req'd for purchase. STOP 2 cancel.
Terms dicks.com/terms
Privacy Policy dicks.com/privacy
*********************************
Complete our Customer Survey at
dicks.com/survey

Survey entry code:
01307-284-40 5202-11107

# HOBBY LOBBY

*Super Savings, Super Selection!*

945 Bald Hill Road
Warwick, RI 02886
Hobby Lobby Store #518   (401) 821-5100

S-518   R-3   T-5567  JANE J

| | | SALE |
|---|---|---|
| 20620000 | GIFT | 12.99 |
| 104600000 | Fall | 5.95 |
| Promo 40% Off (1.99-0.80) | | |
| 5 @ 1.19 ea | | |
| 104600000 | Fall | 25.13 |
| Promo 40% Off (5.99-2.40) | | |
| 7 @ 3.59 ea | | |
| 103500000 | Food | 1.69 N |
| 104600000 | Fall | 14.38 |
| Promo 40% Off (11.99-4.80) | | |
| 2 @ 7.19 ea | | |
| 104600000 | Fall | 7.79 |
| Promo 40% Off (12.99-5.20) | | |

| SUBTOTAL | 67.93 |
|---|---|
| TAX TOTAL | 4.64 |
| **TOTAL** | **72.57** |

VISA   72.57

ACCOUNT #: ************3661
AUTH#: 002C6C
ACCT: VISA
CAPITAL ONE VISA
CARD # ***********3661
REF #              EXP **/**
132309161042   AUTH #
AID: A0000000031010   RESP 00
TST: E800 ARC:   ISO 00
TVR: 0080008000
APP: VISA CREDIT
IAD: 06010A03040A06

--Continued on Side 2--

---

# STOP&SHOP

22 KINGSTOWN ROAD   SUITE 138
Store    RICHMOND, RI   02898
Store time:  (401) 539-8800

Store #729        09/29/21   11:46am

PRODUCE
4 @ 5.99
  LARGE PUMPKIN              23.96 F
SC  PUMPKINS WYB2           0.99-F
SC  PUMPKINS WYB2           0.99-F
SC  PUMPKINS WYB2           0.99-F
SC  PUMPKINS WYB2           0.99-F
S.  PUMPKINS WYB2           0.99-F
PRICE YOU PAY FOR        4  20.00
3 @ 1.99
  PIE PUMPKIN                5.97 F

**** Total After Savings    25.97
**** TAX                     0.00
     BALANCE                25.97

*****************************************
Payment Amt                $25.97
CHIP   Purchase
Card: ************3661
Payment Amt                $25.97
AID: A0000000031010
AUTH#01680C RC#00 09/29/21 11:47am
*****************************************
        VISA                25.97
        CHARGE               0.00
*****************************************

********    SAVINGS SUMMARY    ********
Card Savings:           3.96
Your Total Savings:     3.96
**********    ***************

09/29/21 11:47am 729 413 32 880013
Customer 22<*****0001
www.StopAndShop.com
Thank you for shopping STOP & SHOP
Daniel Pryor, Store Manager
SELF-CHECKOUT, Your Cashier

## HOW ARE WE DOING?
Tell us in the next 5 days at
www.talktostopandshop.com
Use the PIN # below to login
0929 1147 0762 9413 0032
And enter for a
Chance to win $500*

*Official Rules at customer servi
or www.talktostopandshop.com/ter
Open to CT MA NJ NY & RI residents
No Purch. Ne....