# EXHIBIT AA



| VOID | CORRECTED |

PAYER'S name, address, ZIP/postal code, country & phone no.

The Preserve at Boulder Hills, LLC
87A Kingstown Road
Wyoming, RI 02898
401-387-4196

OMB No. 1545-0116

2021

Form 1099-NEC

**Nonemployee Compensation**

Copy C
For Payer

PAYER'S TIN | RECIPIENT'S TIN

RECIPIENT'S name, address, ZIP/postal code & country

ALISON MCDANIEL

10578 HIGH HOLLOWS DRIVE #266

DALLAS TX 75230

Account number (see instructions) — 2nd TIN not.

1 Nonemployee compensation
$ 26200.00

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3

4 Federal income tax withheld
$

5 State tax withheld
$
$

6 State/Payer's state no.

7 State income
$
$

For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Form **1099-NEC**

Department of the Treasury - Internal Revenue Service