# EXHIBIT BB



| VOID | CORRECTED |

PAYER'S name, address, ZIP/postal code, country & phone no.

MTM DEVELOPMENT CORPORATION
87 KINGSTOWN ROAD
WYOMING, RI 02898

OMB No. 1545-0116

2021

Form **1099-NEC**

**Nonemployee Compensation**

**Copy C For Payer**

| PAYER'S TIN | RECIPIENT'S TIN |

RECIPIENT'S name, address, ZIP/postal code & country

ALLISON MCDANIELS

10578 HIGH HOLLOWS DRIVE #266

DALLAS TX 75230

Account number (see instructions)    2nd TIN not. ☐

**1** Nonemployee compensation
$ 7247.00

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

**4** Federal income tax withheld
$

**5** State tax withheld
$
$

**6** State/Payer's state no.

**7** State income
$
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

Form **1099-NEC**

Department of the Treasury - Internal Revenue Service